EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Orlando Torres Trinidad | 2008 TSPR 96 <br><br> 174 DPR \_\_\_\_ |

Número del Caso: AB-2007-112

Fecha: 21 de mayo de 2008

Abogada de la Parte Peticionaria:

                    Lcda. Sylvia Juarbe

Materia: Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:


Orlando Torres Trinidad                    AB-2007-112




RESOLUCIÓN


San Juan, Puerto Rico, a 21 de mayo de 2008.

Evaluada la "Moción Solicitando Reconsideración y otros Extremos", presentada por la parte peticionaria, se reconsidera la suspensión decretada y se ordena continuar con el trámite disciplinario iniciado previamente.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Orlando Torres Trinidad                           AB-2007-112


RESOLUCIÓN ENMENDADA


San Juan, Puerto Rico, a 21 de mayo de 2008.

Acogida la "Moción Solicitando Reconsideración y otros Extremos", presentada por la parte peticionaria, se reconsidera y se reinstala al ejercicio de la abogacía y se ordena continuar con el trámite disciplinario iniciado previamente.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo